# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 05/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Georgetown University Law Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law firm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | | certain investments. Also, have option of rolling over into an IRA. |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kerrigan, Kathleen M. | 05/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | Georgetown Universtily Law Center- teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2014 | Core Media Incorporated- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 2. - Janus Fund | | | | | | | | | |
| 3. Schwab IRA Rollover | A | Dividend | M | T | | | | | |
| 4. - Schwab Cash Reserves | | | | | Sold (part) | 05/20/14 | J | | |
| 5. - Janus Fund | | | | | Sold | 05/19/14 | J | | |
| 6. -PONDX Pimco | | | | | Buy | 05/19/14 | J | | |
| 7. -LISOX Lazard | | | | | Buy | 05/19/14 | J | | |
| 8. - SFLNX Schwab Fundamental large | | | | | Buy | 05/19/14 | J | | |
| 9. - SFSNX Schwab Fundamental small | | | | | Buy | 05/19/14 | J | | |
| 10. Schwab One Account #1 (H) | | | | | | | | | |
| 11. Janus Fund | D | Dividend | L | T | | | | | |
| 12. Baker & Hostetler retirement account | E | Dividend | M | T | | | | | |
| 13. - Fid Growth Co K | | | | | | | | | |
| 14. - PIM Total Rt Inst | | | | | Sold | 12/17/14 | J | A | |
| 15. -MetWest Tot Rtn Bd 1 | | | | | Buy | 12/17/14 | J | | |
| 16. - Spartan 500 Index | | | | | | | | | |
| 17. - Baker & Hostetler Composite Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - WFA Govt Securities | | | | | | | | | |
| 19. Schwab Muni account (H) | | | | | | | | | |
| 20. Arizona St Transn 5%/23 | B | Interest | K | T | | | | | |
| 21. Austin Tex Wtr & WA 5%22 | B | Interest | K | T | | | | | |
| 22. California ST 5%24 | B | Interest | K | T | | | | | |
| 23. Fairfax County 5%22 | A | Interest | K | T | | | | | |
| 24. Energy Northwest WA 5%21 | B | Interest | | | Sold | 07/30/14 | K | B | |
| 25. Florida ST Brd Ed 5%25% | B | Interest | | | Sold | 10/21/14 | K | B | |
| 26. Long Island PWR AUT5%/19 | A | Interest | | | Sold | 01/17/14 | K | C | |
| 27. Louisiana PUB FACS 5%19 | B | Interest | | | Sold | 08/08/14 | K | C | |
| 28. Lower Col River 5%21 | B | Interest | K | T | | | | | |
| 29. Miami-Dade CNTY FLA 5%/22 | B | Interest | K | T | | | | | |
| 30. Michigan St Hosp. FI 5%25 | B | Interest | K | T | | | | | |
| 31. Michigan ST Trun 5.25%21 | B | Interest | K | T | | | | | |
| 32. MN ST GEN FD 5%26 | B | Interest | K | T | Buy | 01/29/14 | J | | |
| 33. New Jersey Economic 5%26 | B | Interest | K | T | | | | | |
| 34. New Jersey Turnpike 5%30 TPK | A | Interest | K | T | Buy | 05/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ney York NY 5%22 | B | Interest | K | T | | | | | |
| 36. New York NY 5%23 | B | Interest | K | T | | | | | |
| 37. New York St Dorm 5%23 | | None | K | T | Buy | 10/24/14 | K | | |
| 38. Norfolk VA Wtr Rev 5%20 | B | Interest | K | T | | | | | |
| 39. Norfolk VA Wtr REv 5%23 | B | Interest | K | T | | | | | |
| 40. North Carolina Mun 5%/24 | A | Interest | K | T | | | | | |
| 41. Richmond VA Pub | A | Interest | K | T | | | | | |
| 42. San Fransico Calf 5%23 | B | Interest | K | T | | | | | |
| 43. South Carolina Tran 5%21 | B | Interest | K | T | | | | | |
| 44. Virginia College BL 5%19 | A | Interest | | | Sold | 01/28/14 | K | B | |
| 45. Virginia College Bl 5%20 | B | Interest | K | T | | | | | |
| 46. Virginia Commonwealth TR 5%24 | B | Interest | K | T | | | | | |
| 47. Virginia ST PUB BLD 5%21 | A | Interest | J | T | | | | | |
| 48. Virginia St. PUB Bldg 5%24 | | None | K | T | Buy | 08/29/14 | K | | |
| 49. Virginia ST PUB SCH 5%20 | B | Interest | K | T | | | | | |
| 50. Virginia ST RES AUT 5%20 | A | Interest | | | Sold | 10/07/14 | K | C | |
| 51. Virginia ST RES AUT 5%20 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Virginia ST. RES AUT 5%20 | B | Interest | K | T | | | | | |
| 53. Virginia ST RES Aut 5%21 | A | Interest | K | T | | | | | |
| 54. Virginia ST RES Aut 5%22 | B | Interest | K | T | | | | | |
| 55. Virginia ST RES Aut 5%26 | B | Interest | L | T | Buy | 07/31/14 | L | | |
| 56. Virginia St Res Aut 5%26 | A | Interest | K | T | | | | | |
| 57. Schwab 1 Account # 2 (H) | | | | | | | | | |
| 58. JP Morgan Chase common stock | A | Dividend | L | T | | | | | |
| 59. Walgreen Company common stock | A | Dividend | K | T | | | | | |
| 60. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 61. Templeton Dragon Fund | D | Dividend | K | T | | | | | |
| 62. PIMCO Total Return Fund | B | Dividend | M | T | | | | | |
| 63. Matthews India Fund | A | Dividend | K | T | | | | | |
| 64. Schwab Total Stock Mkt | B | Dividend | N | T | | | | | |
| 65. Vanguard Value Index | D | Dividend | N | T | | | | | |
| 66. Yacktman Fund | E | Dividend | O | T | | | | | |
| 67. ISHARES MSCI CDA IDX FD | A | Dividend | K | T | | | | | |
| 68. SCHW INTL EQ ETF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Equity | C | Dividend | M | T | | | | | |
| 70. Schwab Rollover IRA #2 | E | Dividend | O | T | | | | | |
| 71. - Templeton Dragon Fund | | | | | | | | | |
| 72. - PIMCO Total Return Fund | | | | | | | | | |
| 73. - Blackrock Latin America | | | | | | | | | |
| 74. - Matthews India Fund | | | | | | | | | |
| 75. - Oppenheimer Equity Income Fund | | | | | | | | | |
| 76. - Schwab Total Stock MKT | | | | | | | | | |
| 77. - SCW INTL EQ ETF | | | | | | | | | |
| 78. - Yacktman Fund | | | | | | | | | |
| 79. Schwab One Account #3 (H) | | | | | | | | | |
| 80. EGshares ETF Beyond BRICS | | None | J | T | Buy | 04/16/14 | J | | |
| 81. EGshares ETF Emerging Markets | | None | J | T | Sold (part) | 04/16/14 | J | A | |
| 82. IShares AAA Rated corporate bond (ETF) | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 83. IShares Gold Trust | | None | J | T | Buy (add'l) | 06/12/14 | J | | |
| 84. Ishares MSCI Germany | A | Dividend | J | T | Sold (part) | 08/24/14 | J | A | |
| 85. | | | | | Sold (part) | 02/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares MSCI HK IDX FD | A | Dividend | J | T | Sold (part) | 08/20/14 | J | | |
| 87. ISHARES RUSEELL 2000 | A | Dividend | J | T | Sold (part) | 02/06/14 | J | B | |
| 88. ISHARES MSCU UTD KINGDOM | A | Dividend | | | Sold | 10/09/14 | J | A | |
| 89. I Shares TR Bond (Barclays) | A | Dividend | J | T | Sold (part) | 06/06/14 | J | | |
| 90. | | | | | Buy | 02/06/14 | J | | |
| 91. Pimco ETF High Yield Corporate | A | Dividend | | | Sold | 07/10/14 | J | A | |
| 92. | | | | | Buy | 02/06/14 | J | | |
| 93. POWERSHS DB Commodity Index | | None | J | T | Sold (part) | 10/23/14 | J | | |
| 94. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 95. Power SHS S&P ETF 500 | A | Dividend | J | T | Sold (part) | 10/23/14 | J | A | |
| 96. PowerSHS QQQ Trust SER 1 | A | Dividend | J | T | Sold (part) | 10/09/14 | J | B | |
| 97. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 98. | | | | | Sold (part) | 02/02/14 | J | A | |
| 99. SPDR S&P 500 ETF TR | A | Dividend | J | T | Sold (part) | 06/12/14 | J | A | |
| 100. Vanguard DIV Apprciation | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | |
| 101. | | | | | Sold (part) | 02/06/14 | J | A | |
| 102. Vanguard Charlotte ETF | A | Dividend | J | T | Buy | 10/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard MSCI Emerging | A | Dividend | J | T | | | | | |
| 104. Vanguard MSCI EAFE ETF (VEA)Deveoped markets | A | Dividend | J | T | Buy (add'l) | 10/23/14 | J | | |
| 105. Vanguard REIT | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | |
| 106. Vanguard Total Stock MKT | A | Dividend | J | T | Sold (part) | 06/12/14 | J | A | |
| 107. Vanguard Int.Equity | A | Dividend | J | T | Buy (add'l) | 07/10/14 | J | | |
| 108. Vanguaard FTSE Emerging | A | Dividend | J | T | | | | | |
| 109. Widsomtree Asia ETF Local Debt Fund | A | Dividend | J | T | Sold (part) | 04/16/14 | J | | |
| 110. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 111. Windsom Trust Brazil | | None | | | Sold | 01/27/14 | J | | |
| 112. Windsom Trust JPN Hedge Equity | | None | | | Sold | 07/10/14 | J | A | |
| 113. | | | | | Sold (part) | 06/06/14 | J | A | |
| 114. Windsom India Earning | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 115. Schwab High Yield Investor Savings (closed( | A | Interest | N | T | | | | | |
| 116. DWS Large Cap Value Fund-S | D | Dividend | M | T | | | | | |
| 117. Bank of America Series of accounts | A | Interest | O | T | | | | | |
| 118. American Express Savings Account | C | Interest | N | T | | | | | |
| 119. Capitol One Savings Account | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 121.  EDSC Limited Partnership | D | Rent | M | W | | | | | |
| 122. | E | Interest | | | | | | | |
| 123.  NSP Limited Partnership | E | Rent | N | W | | | | | |
| 124.  VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 125.  THSC Limited Partnership | E | Rent | N | W | | | | | |
| 126.  Falstafff Center LLP | | None | M | W | | | | | |
| 127.  PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 128. | A | Interest | | | | | | | |
| 129.  Valley Ranch Investors LLC | | None | M | W | Buy | 10/15/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 121 through 129 are all limited partnership investments in real estate.

In Part VII Investments and Trusts, lines 19-56 are tax exempt bonds in a Schwab account mannaged by GW&K investment management

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544